**Diane WILLIAMS, Plaintiff–Appellant,**

v.

**Commonwealth of VIRGINIA, State Board of Elections; Nancy Rodriques, in her Individual Capacity as Secretary of the State Board of Elections, Defendants–Appellees.**

**Diane Williams, Plaintiff–Appellant,**

v.

**Commonwealth of Virginia, State Board of Elections; Nancy Rodriques, in her Individual Capacity as Secretary of the State Board of Elections, Defendants–Appellees.**

Nos. 13–1880, 13–2277.

United States Court of Appeals, Fourth Circuit.

Submitted: April 22, 2014.

Decided: April 29, 2014.

Janipher Appellant Virginia, Ronald N. Virginia, W. Robinson, Robinson & Greene, Richmond, Virginia, for. Kenneth T. Cuccinelli, II, Attorney General of Wesley G. Russell, Jr., Deputy Attorney General, Regnery, Senior Assistant Attorney General, Richmond, for Appellees.

Before NIEMEYER, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Diane Williams appeals the district court's orders denying her Fed.R.Civ.P. 60(b)(6) motions to reconsider its earlier order granting summary judgment against her and dismissing her civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Va., State Bd. of Elections,* No. 3:11–cv–00863–HEH–DJN (E.D.Va. June 13, 2013; Oct. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*